

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-17-00318-CV

Lisa Bueno **MARTINEZ,**
Appellant

v.

**FURMANITE AMERICA, INC**., Furmanite Corporation, Furmanite Louisiana, LLC f/k/a
Furmanite US GSG LLC, Galbraith Contracting, Inc., Southcross Energy Partners GP, LLC,
Southcross Energy Partners, LP, Southcross NGL Pipeline, Ltd., Estate of Dennis Henneke,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139-C
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

On January 22, 2018, appellant filed an unopposed motion requesting an extension of time to file a consolidated reply brief. At the time appellant filed her motion, appellees Furmanite America, Inc., Furmanite Corporation, and Furmanite Louisiana, LLC f/k/a Furmanite US GSG LLC (collectively, "Furmanite"); Galbraith Contracting, Inc.; Southcross Energy Partners, GP, LLC and Southcross NGL Pipeline Ltd. (collectively, "Southcross"); and Estate of Dennis Hennecke had each filed separate briefs. However, appellee Rene Elizondo had not yet filed a brief. On February 6, 2018, this court notified appellee Rene Elizondo by letter that an appellee's brief had not been filed on his behalf and was past due. Our notice required appellee Rene Elizondo to file a response within ten days of the date of the letter. On February 8, 2018, appellee Rene Elizondo filed a response, stating he will not be filing an appellee's brief.

Under Rule 38.3 of the Texas Rules of Appellate Procedure, an appellant may file a reply brief addressing any matters in the briefs filed by appellees. TEX. R. APP. P. 34.6(c). The appellate rules further provide that "[a] reply brief, if any, must be filed within 20 days after the date the appellee's brief filed." *Id.* R. 38.6(c). Accordingly, based on the foregoing, a reply brief would be due February 28, 2018.

We therefore **GRANT** appellant's request to file a consolidated reply brief and **ORDER** appellant to file her reply brief **on or before February 28, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court